# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### DANVILLE DIVISION

IN RE:                              )
      AARON JOHNSON and        )
      KAREN JOHNSON,            )          **Case No. 10-91970**
                                )
      Debtor(s).                )          **Chapter 13**

## TRUSTEE'S REPORT RECOMMENDING CONFIRMATION OF CHAPTER 13 PLAN

Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, having reviewed the Chapter 13 Plan proposed by Debtor(s), recommends that the Court confirm the Chapter 13 Plan, said plan requiring Debtor(s) to pay as follows:

Debtor is above median income
$385.50 for 36 months, a total of $13,878.00

5% to unsecured creditors

_____ Wage Deduction Order to Enter (or, has been entered)

___X___ Direct Payment by Debtor(s)

**The Trustee recommends confirmation except that the Trustee requests the Debtor submit the proceeds of the Debtor's pending inheritance to the Trustee to pay the unsecured creditors up to 100% of their allowed claims.**

/s/ _____ *Marsha L. Combs-Skinner*

Chapter 13 Standing Trustee

Marsha L. Combs-Skinner
Chapter 13 Standing Trustee in Bankruptcy
108 S. Broadway
P.O. Box 349
Newman, IL 61942

Telephone: 217-837-9730
E-Mail: Marsha@Danville13.com