**IT IS SO ORDERED.**

**SIGNED THIS: February 16, 2011**

_____
**GERALD D. FINES**
**UNITED STATES BANKRUPTCY JUDGE**
_____

```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE CENTRAL DISTRICT OF ILLINOIS
                         DANVILLE DIVISION
```

In re:

AARON S. JOHNSON and
KAREN A. JOHNSON,                         Case No. 10-91970
Debtors

### ORDER CONFIRMING PLAN

The Debtors' Chapter 13 Plan, having been filed, having been transmitted to their creditors and it having been determined at hearing on notice:

1. That the Plan complies with Chapter 13 and with other applicable provisions of the Bankruptcy Code.

2. That the filing fee and any other amounts required to be paid before confirmation have been paid.

3. That the Plan has been proposed in good faith and not by any means forbidden by law.

4. That the value as of the effective date of the Plan of property to be distributed under the Plan on account of such

unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtors were liquidated under Chapter 7 on such date.

5. That each holder of an allowed secured claim provided for by the plan has accepted the Plan or the Debtors have surrendered the property securing such claim to such holder or the Plan provides that the holder of each secured claim retain the lien securing such claim and the value on the effective date of the Plan of property to be distributed under the Plan on account of such claim is not less than the allowed amount claim.

6. The Debtors will be able to make all payments under the Plan and to comply with the Plan.

**IT IS ORDERED THAT:**

1. The Debtors' Plan is confirmed.

2. The Debtors shall pay to the Standing Chapter 13 Trustee, the sum of **$ 385.50** for **36** months for a total of **$13,878.00**. The debt to Hickory Point Bank & Trust regarding the 2006 Pontiac vehicle shall be paid through the Plan.  Debtors are to surrender the 2007 Yamaha motorcycle to the creditor, GE Money Bank. Debtors are to pay outside of the Plan their monthly payments to Chase Home Finance regarding the mortgage.
The Trustee shall receive $1,375.30 under the Plan.

3. The Debtor, KAREN JOHNSON, is expected to receive an inheritance under the Last Will and Testament of Duaine Kresin, her father, and the Debtor agrees to report when she receives the inheritance and the amount of the same to the Trustee's office and amend her Chapter 13 Plan at that time.

3.

    4. That each holder of a secured claim is ordered to continue sending monthly billing statements or regular coupon payment books to the Debtors so that all secured debts which the Debtors are retaining will be able to be maintained in a timely manner.

    5. The Trustee's fees shall be a sum equal to 5% of the payments received under the Plan plus actual and necessary costs and expenses not to exceed an additional 5%.

    6. In the event that the number of creditors filing Proofs of Claim is less than the number of creditors scheduled in the Debtors' Bankruptcy Petition, the Trustee is directed to distribute all of the proceeds of the Debtors' Plan to those creditors whose claims have been allowed, but not to exceed 100% of the amount of any claim.

###

CURTIS A. ANDERSON, P.C.
Attorney at Law
7 E. Harrison St.
Danville, IL  61832
(217) 446-5297
(217) 446-9756 - fax
andersonlaw@mcleodusa.net