**IT IS SO ORDERED.**

**SIGNED THIS: October 10, 2013**

_____
**Gerald D. Fines
United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
|    AARON S. JOHNSON and ) | |
|    KAREN A. JOHNSON, ) | Case No.10-91970-GDF |
| ) | |
|    **Debtors.** ) | Chapter 13 |

**STIPULATED ORDER TO MODIFY THE PLAN**

NOW COMES, the Debtors, and the Chapter 13 Standing Trustee, Marsha L. Combs-Skinner, by and through their attorneys and for their order to Modify the Plan, the Trustee and the Debtors stipulate as follows:

   1. The Debtors' Plan was confirmed on February 16, 2011.

   2. The timely filed unsecured creditors totaled $14,859.72.

   3. The Confirmed Plan was insufficient to satisfy all of the timely unsecured creditors.

   4. The debtors are delinquent in their payments to the Trustee in the amount of $312.60.

   5. In order to pay all of the timely filed unsecured creditors, the monthly plan payment will remain $385.50 for the remaining 6 months, for a total of $29,256.52.

     6. The unsecured creditors shall receive 100 percent of their timely filed claims and the modification has been proposed in good faith.

     7. The modification to the Debtors' Plan is necessary to pay all of the Creditors and is in the best interest of the Debtors.

     IT IS HEREBY ORDERED that the Debtors' Plan is modified in that the monthly Plan payment will remain $385.50 for the remaining 6 months, for a total of $29,256.52.

| /s/ Kevin Hays | /s/Curtis Anderson |
|---|---|
| Staff Attorney for | Attorney for Debtors |

| | |
|---|---|
| Marsha L. Combs-Skinner | Curtis Anderson |
| Chapter 13 Standing Trustee | 7 E. Harrison Street |
| Central District of Illinois | Danville, IL 61832 |
| 108 S. Broadway, P.O. Box 349 | (217)446-5297 |
| Newman, IL 61942 | andersonlaw@mcleodusa.net |
| Telephone: 217-837-9730 ext. 201 | |
| E-Mail: Kevin@Danville13.com | |

                                                /s/Aaron S. Johnson
                                                   Aaron S. Johnson, Debtor

                                                /s/Karen A. Johnson
                                                Karen A. Johnson, Joint Debtor

###